No. 79–2075. WISE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–2076. YOUNG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–2077. NEW YORK WATER SERVICE CORP. v. PUBLIC SERVICE COMMISSION OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 79–2079. BURGESS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–2081. INENDINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–2082. ANNICARO v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 79–2083. UNITED STEELWORKERS OF AMERICA ET AL. v. HOMER D. BRONSON Co. C. A. 2d Cir. Certiorari denied.

No. 79–2084. SAN ANTONIO PORTLAND CEMENT Co. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6083. McCOWAN v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 79–6236. GODDARD v. VAUGHN, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 79–6267. DEWITT v. IOWA. Sup. Ct. Iowa. Certiorari denied.